

Case of

Bradford C. Archer, Plaintiff

v.

The United States Senate, Defendant

7:10-cv-00124

## Part 1- Parties

1. Bradford C. Archer is a legal resident of the Commonwealth of Virginia, residing in the County of Franklin and,
2. The United States Senate, a constitutionally sanctioned house of congress under the leadership of the Honorable Harry Reid of Nevada.

## Part 2- the Grievance

1. In the drafting of the resolution entitled "The Patient Protection and Affordable Care Act", HR 3590, EAS/PP, the Senate included unconstitutional provisions in Subtitle B- Provisions Relating to Title II.
2. On page 2129 of said bill, the United States Senate included language that provides for the State of Nebraska to receive special consideration in the tax-payer funded programs of Medicare and Medicaid, each of which to be paid for by the citizenry of all other states in the Union.
3. This provision of the bill was in exchange for a "Yea" vote on behalf of the Senator from Nebraska, the Honorable Ben Nelson.
4. On December 24, 2009, the United States Senate passed said legislation with a tally of 60-40 in favor of the bill, including a "yea" vote from the Senator from Nebraska.
5. The basis of this contestation is the United States Constitution, Article 1, Section 8, Clause 1- "All duties, imports and excises shall be uniform throughout the United States" and Article 1, Section 9, Clause 6, "No preference shall be given by any regulation of commerce or revenue to the ports of one state over those of another".
6. It is contested that without this language in the legislation, the Senator from Nebraska may have not cast the 60th and deciding vote in favor of this legislation.
7. Therefore, as a legal resident of the Commonwealth of Virginia, the Plaintiff contends that the Senate should re-convene and with this particular language stricken from the legislation, consider the Yeas and Nays, and that all other actions derived from the original passage of this legislation be considered as "fruit from the poison tree" and be stricken from the public record.

## Part 3- Request of Waiver of Filing Fees, Forma Pauperis

1. Request is hereby made to the District Court of the United States to wave the court filing fees. The lawsuit filed is a result based on constitutional grounds and the integrity of the legislative process stipulated in the Constitution. Based on this reasoning, the Plaintiff prays that the court will waive forma pauperis and consider the merits of the complaint.

22 March 2010