IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

APR 12 2010

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

| | |
|---|---|
| BRADFORD C. ARCHER,           ) | Civil Action No. 7:10-CV-00124 |
| Plaintiff,      ) | |
| ) | **ORDER** |
| v.       ) | |
| ) | By: Hon. Glen E. Conrad |
| UNITED STATES SENATE,      ) | United States District Judge |
| ) | |
| Defendant.     ) | |

By order dated March 24, 2010, the court denied the pro se plaintiff's application to proceed in forma pauperis, as the plaintiff had identified sufficient resources with which to pay the filing fee associated with his civil action. In that order, the court advised the plaintiff to remit the filing fee within fourteen days from the date of the court's order or risk dismissal of the case for failure to prosecute.

Finding that the time period for plaintiff to remit the filing fee has expired, it is now

**ORDERED**

that this case shall be and hereby is DISMISSED for failure to prosecute pursuant to Federal Rules of Civil Procedure Rule 41(b).

The Clerk is hereby directed to send a certified copy of this Order to the plaintiff.

ENTER: This 12th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE